UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAHVIO GRATTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | NO: 1:22-CV-3149-TOR<br><br>ORDER ON JURY MEALS |

IT IS THE ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff and,

IT IS FURTHER ORDERED that the United States District Court pay for the meals of said jurors and said bailiff at the expense of the United States.

DATED September 12, 2024.



THOMAS O. RICE
United States District Judge

ORDER ON JURY MEALS ~ 1