FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAHVIO GRATTON, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC.,<br>an Ohio Corporation,<br><br>                Defendant. | CASE NO: 1:22-CV-3149-TOR<br><br>VERDICT FORM |

**Question No. 1:** Has Plaintiff proved retaliation in violation of 42 U.S.C. § 1981 by a preponderance of the evidence?

    **Answer to Question No. 1:**   Yes ✓   No ____

**Question No. 2:** Has Plaintiff proved retaliation in violation of the Washington Law Against Discrimination by a preponderance of the evidence?

    **Answer to Question No. 2:**   Yes ✓   No ____

**Question No. 3:** Has Plaintiff proved Wrongful Discharge in violation of Public Policy by a preponderance of the evidence?

    **Answer to Question No. 3:**   Yes ✓   No ____

VERDICT FORM ~ 1

**Question No. 4:** If you answered **YES** to Question No. 1, No. 2 and/or No. 3, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiffs' damages for emotional distress, loss of enjoyment of life, humiliation, pain and suffering, personal indignity, embarrassment, fear, anxiety, and/or anguish experienced and with reasonable probability to be experienced by the Plaintiff in the future?

$ __39.6 million__

If you found that the plaintiff has failed to prove damages as defined in these instructions, you must award nominal damages. Nominal damages may not exceed one dollar.        $ _____

**Question No. 5:** If you answered Question No. 1 as Yes, did Plaintiff prove that Defendant's conduct was "malicious, oppressive or in reckless disregard of the Plaintiff's rights."

**Answer to Question No. 5:**   Yes ✓   No ____

If you answered this Question as Yes, what are the punitive damages that Defendant should pay to Plaintiff. Punitive damages may not be awarded to compensate a Plaintiff.   $ __198 million__

PRESIDING JUROR ▮▮▮▮▮▮▮▮▮▮

DATED: __9/12/2024__

VERDICT FORM ~ 2