AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 15, 2024**

SEAN F. McAVOY, CLERK

TAHVIO GRATTON, an individual,

*Plaintiff*

v.

UNITED PARCEL SERVICE, INC.,

*Defendant*

Civil Action No. 1:22-CV-3149-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Renewed Motion for Judgment as a Matter of Law (ECF No. 243) is GRANTED. Defendant's Motion for Directed Verdict (ECF No. 230) is DENIED as moot. Plaintiff's Brief in Support of Proposed Judgment (ECF No. 247) is GRANTED in part. Defendant is ordered to pay post-judgment interest from the day the judgment is entered according to 28 U.S.C. § 1961, at 4.29% per annum. Judgment entered in favor of Plaintiff in the amount of $39,600,000 against Defendant United Parcel Service, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on a motion for

Date: 11/15/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz