AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

May 26, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| TAHVIO GRATTON, an individual | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:22-CV-3149-TOR |
| UNITED PARCEL SERVICE INC, an Ohio Corporation | ) |
| | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Pursuant to the Court Order at ECF No 335, the parties' Stipulated Motion to Dismiss (ECF No. 334) is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED with prejudice. Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Thomas O. Rice.

Date:   5/26/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*